**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

KEITH LAKE,                                     )
                                                )
                 Plaintiff,                     )
v.                                              )   Case No.: 5:26-cv-01486-KK-ACCV
                                                )
RESURGENT CAPITAL SERVICES L.P.,                )
                                                )
                                                )
                 Defendant.                     )

**ORDER OF DISMISSAL AS TO DEFENDANT**
**RESURGENT CAPITAL SERVICES, L.P.**

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Keith Lake has Filed a Joint Stipulation of Dismissal with counsel for Defendant Resurgent Capital Services L.P. in this matter. This Notice has asked the Court to dismiss all remaining claims against Defendant Resurgent Capital Services L.P. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that the Stipulation of Dismissal is GRANTED, and all remaining claims are to be dismissed with prejudice against Defendant Resurgent Capital Services L.P.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

Dated this 13th day of July, 2026

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

- 1 -